B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>Southern District of New York | VOLUNTARY PETITION |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Excel Maritime Carriers LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>80-0909430 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>777 Westchester Ave.     Suite 101<br>White Plains, New York<br>ZIP CODE 10604 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Westchester | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7        ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12     ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☑ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information<br>(statistical information provided on a consolidated basis) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (04/13)                                                                                                                              Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor:    See Attachment | Case Number: | Date Filed: |
| District:    Southern District of New York | Relationship: | Judge: |

<table>
<tr><td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐   Exhibit A is attached and made a part of this petition.

</td><td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
   Signature of Attorney for Debtor(s)         (Date)

</td></tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                                             Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code.
   Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the
   chapter of title 11 specified in this petition. A certified copy of the
   order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X  /s/ Jay M. Goffman
   _____
   Signature of Attorney for Debtor(s)
   Jay M. Goffman
   Printed Name of Attorney for Debtor(s)
   Skadden Arps Slate Meagher and Flom LLP
   Firm Name

   Four Times Square
   New York, New York 10036
   Address
   212-735-3000
   Telephone Number
   06/30/2013
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Pavlos Kanellopoulos
   _____
   Signature of Authorized Individual
   Pavlos Kanellopoulos
   Printed Name of Authorized Individual
   Authorized Person
   Title of Authorized Individual
   06/30/2013
   Date

_____
Address

X _____
   Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Annex 1**
SCHEDULE OF DEBTORS

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed in this Court a petition for relief under chapter 11 of title 11 of the United States Code. Substantially contemporaneously with the filing of these petitions, these entities filed a motion requesting that their respective chapter 11 cases be jointly administered for procedural purposes only.

| DEBTOR | TAX ID NO |
|---|---|
| Excel Maritime Carriers LLC | 80-0909430 |
| Excel Maritime Carriers Ltd. | 98-0492212 |
| Amanda Enterprises Limited | 98-0498034 |
| Barland Holdings Inc. | 98-0498057 |
| Candy Enterprises Inc. | 98-0498053 |
| Castalia Services Ltd. | 98-0498055 |
| Centel Shipping Company Limited | 98-0430861 |
| Coal Gypsy Shipco LLC | 98-0492212 |
| Coal Hunter Shipco LLC | 98-0492212 |
| Coal Pride Shipco LLC | 98-0492212 |
| Fianna Navigation S.A. | 98-0498041 |
| Fountain Services Limited | 98-0498054 |
| Grain Express Shipco LLC | 98-0492212 |
| Grain Harvester Shipco LLC | 98-0492212 |
| Harvey Development Corp. | 98-0498048 |
| Ingram Limited | 98-0498039 |
| Iron Anne Shipco LLC | 98-0492212 |
| Iron Beauty Shipco LLC | 98-0492212 |
| Iron Bill Shipco LLC | 98-0492212 |
| Iron Bradyn Shipco LLC | 98-0492212 |
| Iron Brooke Shipco LLC | 98-0492212 |
| Iron Fuzeyya Shipco LLC | 98-0492212 |
| Iron Kalypso Shipco LLC | 98-0492212 |
| Iron Knight Shipco LLC | 98-0492212 |
| Iron Lindrew Shipco LLC | 98-0492212 |
| Iron Manolis Shipco LLC | 98-0492212 |
| Iron Miner Shipco LLC | 98-0492212 |
| Iron Vassilis Shipco LLC | 98-0492212 |
| Kirmar Shipco LLC | 98-0492212 |
| Liegh Jane Navigation S.A. | 98-0498043 |
| Lowlands Beilun Shipco LLC | 98-0492212 |
| Marias Trading Inc. | 98-0498036 |

| Minta Holdings S.A. | 98-0576499 |
| Odell International Ltd. | 98-0582027 |
| Ore Hansa Shipco LLC | 98-0492212 |
| Pascha Shipco LLC | 98-0492212 |
| Point Holdings Ltd. | |
| Sandra Shipco LLC | 98-0492212 |
| Santa Barbara Shipco LLC | 98-0492212 |
| Snapper Marine Ltd. | 98-0498051 |
| Tanaka Services Ltd. | 98-0498037 |
| Teagan Shipholding S.A. | 98-0498045 |
| Thurman International Ltd. | |
| Whitelaw Enterprises Co. | 98-0498050 |
| Yasmine International Inc. | 98-0498046 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                          :
In re:                                                    :    Chapter 11
                                                          :
EXCEL MARITIME CARRIERS LLC                               :    Case No. 13-[  ]
                                                          :
                                                          :
                    Debtor.                               :    (Motion for Joint Administration Pending)
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

**CORPORATE OWNERSHIP STATEMENT OF
EXCEL MARITIME CARRIERS LLC**

In accordance with Rules 1007(a)(1) and 7007.1 of the Federal Rules of
Bankruptcy Procedure, the Debtor submits the following information:

| Name and Address of Corporate Equity Holders | Interest |
|---|---|
| Excel Maritime Carriers Ltd.[1] <br> 80 Broad Street <br> Monrovia, Liberia | 100% |

---

[1]    See the Corporate Ownership Statement of Excel Maritime Carriers Ltd. ("Holdings") filed as an
attachment to Holdings' voluntary petition for relief under chapter 11 of title 11 of the United States
Code for a list of indirect equity holders of Excel Maritime Carriers LLC.

**DECLARATION REGARDING
CORPORATE OWNERSHIP STATEMENT**

   I, Pavlos Kanellopoulos, an Authorized Person of Excel Maritime Carriers, LLC, the debtor in this case, declare under penalty of perjury that I have read the foregoing and that it is true and correct to the best of my knowledge, information and belief.

Date: June 29, 2013

      By: /s/ Pavlos Kanellopoulos
       Pavlos Kanellopoulos
       Authorized Person

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                          :
In re:                                                    :    Chapter 11
                                                          :
EXCEL MARITIME CARRIERS LLC                               :    Case No. 13-[  ]
                                                          :
                                                          :
                  Debtor.                                 :    (Motion for Joint Administration Pending)
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

**LIST OF EQUITY SECURITY HOLDERS OF
EXCEL MARITIME CARRIERS LLC**

In accordance with Rule 1007(a)(3) of the Federal Rules of Bankruptcy
Procedure, the Debtor submits the following information:

| Name and Address of Equity Holders | Interest |
|---|---|
| Excel Maritime Carriers Ltd.[2]<br>80 Broad Street<br>Monrovia, Liberia | 100% |

---

[2]   See the Corporate Ownership Statement of Excel Maritime Carriers Ltd. ("Holdings") filed as an
attachment to Holdings' voluntary petition for relief under chapter 11 of title 11 of the United States
Code for a list of indirect equity holders of Excel Maritime Carriers LLC.

**DECLARATION REGARDING**
**LIST OF EQUITY HOLDERS**

       I, Pavlos Kanellopoulos, an Authorized Person of Excel Maritime Carriers, LLC, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my knowledge, information and belief.

Date:   June 29, 2013

                  By: /s/ Pavlos Kanellopoulos
                     Pavlos Kanellopoulos
                     Authorized Person

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – –   x
                                                             :
In re:                                                       :   Chapter 11
                                                             :
EXCEL MARITIME CARRIERS LLC                                  :   Case No. 13-[  ]
                                                             :
                                                             :
                  Debtor.                                    :   (Motion for Joint Administration Pending)
                                                             :
– – – – – – – – – – – – – – – – – – – – – – – – – – – – – –   x

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 30 LARGEST UNSECURED CLAIMS

This list contains creditors holding the thirty (30) largest unsecured claims against the above-captioned debtor and certain of its affiliates that have commenced chapter 11 cases in this Court (collectively, the "Debtors") as of approximately June 30, 2013.  This list has been prepared on a consolidated basis, based upon the books and records of the Debtors.  The information presented in the list shall not constitute any admission by, nor is it binding on, the Debtors.

The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case.  The list does not include persons who come within the definition of "insider" set forth in 11 U.S.C. § 101.  In addition, this list does not include any secured creditors where the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the thirty (30) largest unsecured claims.

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, email address, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Deutsche Bank Trust Company Americas 5022 Gate Parkway Suite 200 MS JCK01-0218 Jacksonville,FL 32256 | Piero Cardich Piero.Cardich@db.com Tel: 212-250-5651 Fax: 212-797-8600 | Convertible Notes | | $150,000,000. 00 |

| | | | | |
|---|---|---|---|---|
| Cyprus Popular Bank Public Co. Ltd., Greek Branch 24 Kifissias Avenue 151 25 Marousi, Athens Greece | Panagiotis Gavriilidis pgavriilidis@marfinbank.gr Tel: +30210-8170446 Fax: +30210-6896324 | SWAP Counterparty | | $3,950,740.00 |
| Eurobank EFG Private Bank Luxembourg SA 5 Rue Jean Monnet L-2180 Luxembourg | George Korliras g.korliras@eurobankefg.lu Tel: +352-420724240 Fax: +352 420 724 653 | SWAP Counterparty | | $2,291,146.00 |
| Norwegian Claim/Iron Man A.S. Drammensveien 106, Bergerhus Oslo, Norway 0273 | Per Olav Karlsen pok@cleaves.no Tel: +4721608800 Fax: +4721608801 | Bareboat Owners | | $1,666,666.67 |
| Norwegian Claim/Linda Leah A.S. Drammensveien 106, Bergerhus Oslo, Norway 0273 | Per Olav Karlsen pok@cleaves.no Tel: +4721608800 Fax: +4721608801 | Bareboat Owners | | $1,666,666.67 |
| Norwegian Claim/Coal Glory A.S. Drammensveien 106, Bergerhus Oslo, Norway 0273 | Per Olav Karlsen pok@cleaves.no Tel: +4721608800 Fax: +4721608801 | Bareboat Owners | | $1,666,666.66 |
| The London Steam-Ship Owners' LSSO 50 Leman Street London EI BHQ United Kingdom | Steve Roberts steve.roberts@londonpandi.com Tel: 442077728000 Fax: 442077728060 | Insurer | | $1,245,004.95 |

| | | | | |
|---|---|---|---|---|
| North of England<br>The Quayside<br>Newcastle upon Tyne<br>Newcastle<br>NE1 3DU United<br>Kingdom | Stephen Mills<br>stephen.mills@nepia.com<br>Tel: 441912325221<br>Fax: 441912610540 | Insurer | | $1,049,405.91 |
| KRISTENSONS-<br>PETROLEUM INC 21<br>East Front Street, Red<br>Bank, NJ 07701 | Mr. Nick Fuca<br>Americas@kplbridgeoil.com<br>Tel: 1-732-219-7900<br>Fax: 1-732-219-7919 | Bunkering<br>Company | | $979,382.87 |
| Total Lubrifiants S.A.<br>Le Diamant B -16, Rue<br>De La Republique,<br>La Defense Cedex<br>Paris, France 92922 | Mathiew Rouquie<br>Mathiew.Rouquie@total.com<br>Tel: +33141358836<br>Fax: +33141353697 | Supplier | | $888,374.60 |
| Caramanos National<br>Insurance Brokers<br>65, Akti Miaouli Str,<br>Piraeus, Greece 18536 | Ms. Plousia Vergou<br>P.Vergou@nationalib.gr<br>Tel: +30 2104293900<br>Fax: +30 214533421 | Insurance<br>Brokers | | $669,741.62 |
| EVMAR MARINE<br>SERVICES LTD<br>Akti Miaouli & 2 II<br>Merarchias Str<br>Ionion  Building<br>Piraeus, Greece 18535 | Maria Prevezanou<br>marine@evmar.gr<br>Tel: 302104284900<br>Fax: 302104284977 | Insurance<br>Brokers | | $592,259.07 |
| HELLENIC REPUBLIC,<br>MINISTRY OF<br>FINANCE<br>83, Akti Miaouli Str.<br>Piraeus, Greece 18532 | Dressiou Panayota<br>Tel: +302132103811<br>Fax: +302132103831<br>grammteia@1948.syzefxis.gov.ir | Tax Office | | $397,928.57 |

| | | | | |
|---|---|---|---|---|
| Marine Industry MI S.A. 8 Charilaou Tricoupi Str, Piraeus, Greece 18536 | Yiannis Zannaras spares@micltd.eu Tel: +302104526912 Fax: +304285900 | Supplier | | $337,971.60 |
| OCEAN ENERGY LTD Trust House, 112 Bonadie Street Kingstown, Saint Vincent | Mr. Remy Angot bunkering@socomet-bunkering.com Tel: +33142654195 Fax: +33142657047 | Bunkering Company | | $295,482.66 |
| U.K.  P+I  CLUB 90, Fenchurch Str, London, United Kingdom EC3M 4ST | Paul Collier paul.collier@thomasmiller.com Tel: 442072834646 Fax: 442076219761 | Insurer | | $288,941.00 |
| TRANS IT APS Baekkeskovvej 6, Vallensbaek Strand Aabenraa, Denmark DK2665 | Mr.Henrik Mains mains@transit-dk.com Tel: +4543565200 Fax: +4543565205 | Travelling And Forwarding | | $197,662.72 |
| O.W.BUNKER MAKTA LTD. Kastoros 55 Piraeus, Greece 18532 | Mr. K. Mylonakis Tel: +302104284455 Fax: +302104284459 Piraeus@owbunker.com | Bunkering Company | | $174,427.52 |
| MAN DIESEL & TURBO (Brach of SE) Teglholmsgade 41, Copenhagen, Denmark DK2450 | Jens Mygind primeserv.cph@dk.manbw.com jens.Mygind@man.eu Tel: + 4533851100 Fax: + 4533851049 | Supplier | | $143,536.79 |

| | | | | |
|---|---|---|---|---|
| ISS MACHINERY SERVICES<br>3 Agiou Dionysiou Street,<br>Piraeus, Greece 18545 | Mr.Takao Miyoshi<br>Miyoshi.takao@iss-shipping.com<br>Tel: +302104134041/42<br>Fax: +302104111540 | Supplier | | $130,925.00 |
| COSCO (ZhouShan) SHIPYARD CO, LTD<br>Xilangzui Liuheng Town, PuTuo, Zhejiang Zhoushan, China 316131 | Guo Zhiqiang<br>baominqiang@cosco-shipyard.com<br>Tel: +86-580-6189-271<br>Fax: +86-580-6189-273 | Repairer | | $122,822.00 |
| INTERNATIONAL PAINTS<br>599 Vouliagmenis Ave.<br>Athens, Greece 16452 | Nikos Mintzias<br>Tel: +302104295140<br>Fax: +302104295141<br>Ip.hellas@internationalpaints.com | Supplier | | $119,400.85 |
| IMC CO LTD (ex I.H.I MARINE CO LTD)<br>Head Office Msc Center Bldg. 3-22-23, Kaigan, Minato-Ku<br>Tokyo, Japan | Ms. Kumi Niina / Manager, Mr. Manabu Ajisaka<br>niina@imc.ihi.co.jp ,<br>ajisaka@imc.ihi.co.jp<br>Tel: 81-3-6722-6911<br>Fax: 81-3-6722-6900 | Supplier | | $92,336.27 |
| LEGERO INTERNATIONAL (HOLLAND) B.V.<br>Kotterstraat 2, Vlaardingen<br>Rotterdam, Netherlands 3133KW | Mr.Gerrie Plune, Mr.Robert  Plune<br>Gerrie.plune@simbolo.com<br>Robert.plune@simbolo.com<br>Tel: +3110 232 2032<br>Fax: +3110 232 2033 | Travelling And Forwarding | | $78,432.12 |
| I.S.T MARINE & OFFSHORE SUPPLIES PTE LTD<br>22 Tuas Avenue 10<br>Singapore 639145 | Mr. Robert Plune<br>Tel: +6531102322032<br>Fax: +6531102322033<br>Robert.plune@simbolo.com | Supplier | | $77,116.68 |

| | | | | |
|---|---|---|---|---|
| DIAPLOUS MARITIME SERVICES<br>15 Voulgari str.,<br>Piraeus, Greece 18533 | Mr Karlis Georgios-Alexios<br>contact@diaplous-ms.com<br>Tel: +30 210 6228273<br>Fax: +2104101070 | Various Account | | $75,650.00 |
| FUJI TRADING CO., LTD.<br>9-3 Shinyamashita 3-Chome, Naka-Ku<br>Yokohama, Japan 2310801 | Mr.Y.Fukada, Mr.Yoshi Saito<br>mach-1@fujitrading.co.jp,<br>fukaday@fujitrading.co.jp<br>Tel: +81 1784132618<br>Fax: +81 178411841 | Supplier | | $72,072.52 |
| MES TECHNOSERVICE CO LTD<br>4-3-21 Tama, Tamano<br>Okayama, Japan | Tadatoshi Koshin<br>koshin@mes.co.jp<br>Tel: +81863232581<br>Fax: +81863232085 | Supplier | | $66,460.00 |
| RICHSHORE MARINE SUPPLIES LTD<br>48 Toh Guan Road East<br>02-119 Enterprise Hib<br>Singapore 608586 | Mr. Charles Lim<br>Tel: +6598577073<br>Fax: +6567952063<br>charleslim@richshore.com | Supplier | | $60,437.30 |
| WILHELMSEN (BARWILL UNITOR) SHIPS SERVICE<br>D.Moutsopoulou 100 &<br>Serifou<br>Piraeus, Greece 18541 | Lefteris Athanassiou<br>Tel: +302104239100<br>Fax: +302104204766<br>Lefteris.athanassiou@wilhelmsen.com | Supplier | | $59,683.95 |

**DECLARATION REGARDING
CONSOLIDATED LIST OF CREDITORS
HOLDING 30 LARGEST UNSECURED CLAIMS**

   I, Pavlos Kanellopoulos, an Authorized Person of Excel Maritime Carriers LLC, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my knowledge, information and belief.

Date: June 29, 2013

       By:  <u>/s/ Pavlos Kanellopoulos</u>
           Pavlos Kanellopoulos
           Authorized Person

**Unanimous Written Resolutions
of the Board of Directors
of the Sole Member
of Excel Maritime Carriers LLC
June 30, 2013**

The undersigned, being the entire Board of Directors of Excel Maritime Carriers Ltd., the sole member (the "Sole Member") of Excel Maritime Carriers LLC, a limited liability company formed under the laws of the State of New York (the "Company"), in lieu of holding a special meeting, and pursuant to its applicable constitutional documents and the laws of the State of New York, HEREBY ADOPT the following resolutions by unanimous written consent and authorize the actions described herein to be taken by the Company, effective as of the date set forth above, and such resolutions shall have the same force and effect as though taken and adopted at a duly convened meeting of the Sole Member:

WHEREAS, due to current market conditions, the financial position of the Company has deteriorated, leading to immediate difficulties for the Company; and

WHEREAS, the Sole Member has carefully considered all interests which could be relevant for the Company in respect of the resolutions contained herein, taking into account all relevant facts and circumstances;

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Sole Member it is advisable and in the best interests of the Company, its member, its creditors and other interested parties that the Company file a petition for relief and commence a case (the "Chapter 11 Case") under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code");

FURTHER RESOLVED, that the filing of the petition and the commencement of the Chapter 11 Case by the Company be, and it hereby is, approved, adopted and authorized in all respects; and

FURTHER RESOLVED, that the officers of the Company (each an "Authorized Officer" and, collectively, the "Authorized Officers") be, and each of them individually hereby is, authorized, empowered, and directed in the name and on behalf of the Company, to take any and all such actions as the Authorized Officers, after consultation with counsel, deem necessary, desirable or advisable, to execute and verify or certify a petition to commence the Chapter 11 Case in a court of competent jurisdiction in the United Sates and to cause the same to be filed in any district and venue as such Authorized Officer executing such petition in the name and on behalf of the Company shall determine; and

FURTHER RESOLVED, that the Authorized Officers be, and each of them individually hereby is, authorized in the name and on behalf of the Company, to grant a special power of attorney (under hand or seal or acknowledged in the discretion of the signatory Authorized Officer) to Pavlos Kanellopoulos, 17th Km of the National Road of Athens-Lamia & Finikos Street, 145 64 Nea Kifisia, Greece, and one or more other persons as may be deemed necessary or convenient by such Authorized Officer in his or her discretion (each, individually

an "Attorney-in-Fact" and, together with the Authorized Officers, collectively, the "Authorized
Persons"), each one acting singly to effect the purposes and intent of any and all of the
resolutions contained herein, without the necessity of the signature or attestation of any other
officer of the Company; and

        **FURTHER RESOLVED**, that each of the Authorized Persons and any of them
be, and hereby is, authorized and directed to retain, in the name and, on behalf, of the Company,
the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, and its affiliated law practice
entities to render legal services to, and to represent the Company in, and in connection with, the
Chapter 11 Case or any other case under the Bankruptcy Code, and any other related matter in
connection therewith, on such terms as such Authorized Persons shall approve, such approval to
be evidenced by their retention of such firm; and

        **FURTHER RESOLVED**, that each of the Authorized Persons and any of them
be, and hereby is, authorized and directed to retain, in the name and, on behalf, of the Company,
the firm of Miller Buckfire & Co., LLC to act as financial advisor and investment banker for the
Company in connection with the Chapter 11 Case, on such terms as any Authorized Persons shall
approve; and

        **FURTHER RESOLVED**, that each of the Authorized Persons and any of them
be, and hereby is, authorized and directed to retain, in the name and, on behalf, of the Company,
the firm of Global Maritime Partners, Inc. to act as financial advisor for the Company in
connection with the Chapter 11 Case, on such terms as any Authorized Persons shall approve; and

        **FURTHER RESOLVED**, that each of the Authorized Persons and any of them
be, and hereby is, authorized in the name and on behalf of the Company to execute any and all
plans of reorganization under Chapter 11 of the Bankruptcy Code, including any and all
modifications, supplements, and amendments thereto, and to cause the same to be filed in the
Bankruptcy Court at such time as said Authorized Person executing the same shall determine;
and

        **FURTHER RESOLVED**, that each of the Authorized Persons and any of them
be, and hereby is, authorized and empowered, in the name, and on behalf, of the Company, to
execute and file all petitions, statements, schedules, motions, lists, applications, pleadings, plans
and other papers, and to take any and all such other and further actions which the Authorized
Person or the Company's legal counsel may deem necessary or appropriate for the Chapter 11
Case and, in connection therewith, to employ, retain and obtain assistance from other legal
counsel, accountants, financial advisors or other professionals or advisors which they deem
necessary, proper or desirable in connection with the Chapter 11 Case, on such terms as any
Authorized Person shall approve; and

        **FURTHER RESOLVED**, that each of the Authorized Persons and any of them
be, and hereby is, authorized and empowered, in the name and on behalf of the Company, to
negotiate, execute, deliver, certify, file and/or record and perform (or to cause the negotiation,
execution, delivery, certification, filing and/or recordation and performance on behalf of the
Company) such agreements, instruments, motions, affidavits, applications for approvals or
rulings of governmental or regulatory authorities, certificates or other documents, and any

amendments or supplements thereto, and to take such other action, pay all fees and expenses, and do or cause to be done all such further acts and things as in the discretion of such Authorized Person appear to be or become necessary, proper or desirable in connection with the Chapter 11 Case or the other matters contemplated by these resolutions and to carry out and put into effect the purposes of the foregoing resolutions and the actions contemplated by these resolutions; the authority of any of the Authorized Persons with respect thereto to be evidenced by the taking of such action; and

**FURTHER RESOLVED**, that any and all past lawful actions heretofore taken by any Authorized Person or the Sole Member in the name, or on behalf, of the Company in furtherance of any of the actions authorized or contemplated by any or all of the preceding resolutions be, and the same hereby are, adopted, ratified, confirmed and approved as the acts and deeds of the Company; and

**FURTHER RESOLVED**, that any person dealing with any Authorized Person in connection with any of the foregoing matters shall be conclusively entitled to rely upon the authority of such Authorized Person's execution of any instrument, certificate, notice or document, the same shall be a valid and binding obligation of the Company enforceable in accordance with its terms; and

**FURTHER RESOLVED**, that the Company shall indemnify each Authorized Person for all that he or she may lawfully do in accordance with these resolutions; and

**FURTHER RESOLVED**, that a copy of these resolutions, or any abstract thereof, be filed with the minutes of proceedings of the Company.

*[Remainder of the page intentionally left blank]*

**IN WITNESS WHEREOF**, the undersigned have executed this Unanimous Written Consent of the Board of Directors of Excel Maritime Carriers Ltd., as the Sole Member of Excel Maritime Carriers LLC as of the date and year first written above.

**Directors:**

_____
Gavriil Panagiotides
(or Gabriel Panayotides)

_____
Frithjof Platou

_____
Evangelos Macris

_____
Apostolos Kontoyannis

_____
Trevor J. Williams

**IN WITNESS WHEREOF,** the undersigned have executed this Unanimous Written Consent of the Board of Directors of Excel Maritime Carriers Ltd., as the Sole Member of Excel Maritime Carriers LLC as of the date and year first written above.

**Directors:**

_____
Gavriil Panagiotidis
(or Gabriel Panayotides)

_____
Frithjof Platou

_____
Evangelos Macris

_____
Apostolos Kontoyannis

_____
Trevor J. Williams

**IN WITNESS WHEREOF**, the undersigned have executed this Unanimous Written Consent of the Board of Directors of Excel Maritime Carriers Ltd., as the Sole Member of Excel Maritime Carriers LLC as of the date and year first written above.

**Directors:**

_____

Gavriil Panagiotidis
(or Gabriel Panayotides)

_____

Frithjof Platou

_____

Evangelos Macris

_____

Apostolos Kontoyannis

_____

Trevor J. Williams

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent of the Board of Directors of Excel Maritime Carriers Ltd., as the Sole Member of Excel Maritime Carriers LLC as of the date and year first written above.

**Directors:**

_____
Gavriil Panagiotidis
(or Gabriel Panayotides)

_____
Frithjof Platou

_____
Evangelos Marinis

_____
Apostolos Kontoyannis

_____
Trevor J. Williams

**IN WITNESS WHEREOF,** the undersigned have executed this Unanimous Written Consent of the Board of Directors of Excel Maritime Carriers Ltd., as the Sole Member of Excel Maritime Carriers LLC as of the date and year first written above.

**Directors:**

_____
Gavriil Panagiotidis
(or Gabriel Panayotides)

_____
Frithjof Platou

_____
Evangelos Macris

_____
Apostolos Kontoyannis

_____
Trevor J. Williams